

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00322-CV

**AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC.**
d/b/a American Medical Response a/k/a AMR; Noah Wood Lora,
Jose Carlos Gamez; and Donna Hay n/k/a Donna Gilbert,
Appellants

v.

John **SEXTON**, Individually and as Independent Administrator
of the Estate of Jackson Sexton, Deceased; and Tracy Sexton,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-05743
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:  Catherine Stone, Chief Justice
Sandee Bryan Marion, Justice
Rebeca C. Martinez, Justice

Delivered and Filed:  May 21, 2014

DISMISSED

The parties have filed an agreed motion to dismiss this appeal because they have reached

a settlement.  The motion is granted, and the appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a)(1).

Costs of the appeal are taxed against the parties who incurred them.

PER CURIAM